IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

FILED
U.S. DISTRICT COURT
2007 MAY -8 P 4: 24

CLERK
S. DIST. OF GA.

ERIC COLEMAN,

    Plaintiff,

v.

RANDALL HOLDEN and
RYAN HODGES,

    Defendants.

CIVIL ACTION NO.:CV506-046

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's claims against Defendants Lowman, Chesser, Ferra, and Ferrell are **DISMISSED**. Additionally, Plaintiff's deliberate indifference and ADA claims against Defendants Holden and Humphrey are **DISMISSED**. Plaintiff's request for supplemental jurisdiction over his state law claims is **DENIED**.

**SO ORDERED**, this ___ day of _____May_____, 2007.

HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev. 8/82)